THE CITY OF NEW YORK, Respondent, v. SENECA COPPER CORPORATION, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

HUGH J. McEVOY, Appellant, Respondent, v. ATHENS HOTEL COMPANY, INC., Respondent, Appellant.— Order so far as appealed from by defendant affirmed. Order so far as appealed from by plaintiff reversed, with costs, the verdict reinstated, and judgment ordered to be entered thereon, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Proving the Last Will and Testament of GEORGE H. BUSCHMANN, Deceased, as a Will of Real and Personal Property.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MAX MANDEL, Respondent, v. ELIAS ROSENBERG and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ABIGAIL H. BISHOP, Respondent, v. THE NEW YORK TIMES COMPANY, Appellant.— Judgment and order reversed and a new trial ordered, with costs to appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $25,878.20; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILBUR L. BALL, as Receiver of HAYTIAN AMERICAN CORPORATION, Respondent, v. HAYDEN B. HARRIS and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NATHAN WAXMAN, Respondent, v. MAX WIESER and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to appellants to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,655.62; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

YETTA MILLER, Respondent, v. SOLOMON MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SYLVESTER L. BENZ, Respondent, v. SCHAFFER TINWARE MANUFACTURING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SYLVESTER L. BENZ, Respondent, v. SCHAFFER TINWARE MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Compulsory Accounting of HOWARD A. SPERRY, as Executor, etc., of ELLEN E. BEARE, Deceased.— Decree and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS O'DAY,